UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-25055-Civ-COOKE/O'SULLIVAN

**VICTOR ARIZA**,

    Plaintiff,

vs.

**BILLY'S STONE CRABS, INC., a
Florida for-profit corporation,**

    Defendant.
_____/

## **PLAINTIFF'S NOTICE OF SETTLEMENT**

    Plaintiff VICTOR ARIZA, by and through his undersigned counsel, hereby provides notice that the parties have reached a settlement in principle and will be shortly executing all necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court stay all further proceedings for twenty (20) days for the parties to complete the settlement paperwork and file a voluntary dismissal with prejudice.

    Dated: January 21, 2021.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| By  *s/ Roderick V. Hannah* | By  *s/ Pelayo M. Duran* |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 21st day of January, 2021, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Todd W. Shulby, Esq.
1792 Bell Tower Lane
Weston, FL  33326
(954) 530-2236
tshulby@shulbylaw.com

*Attorneys for Defendant*
*BILLY'S STONE CRABS, INC..*

                                             /s/ *Roderick V. Hannah*
                                                Roderick V. Hannah